# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **CLIFTON D. SMITH** | **CIVIL ACTION NO. 06-1108-P** |
| **VERSUS** | **JUDGE HICKS** |
| **DAVID JAMES** | **MAGISTRATE JUDGE HORNSBY** |

## MEMORANDUM ORDER

Before the Court is a civil action filed by pro se plaintiff Clifton D. Smith, pursuant to 42 U.S.C. § 1983. This complaint was received and filed in this Court on June 26, 2006. Plaintiff is incarcerated in the Louisiana State Penitentiary in Angola, Louisiana. He complains his civil rights were violated by prison official David James.

Pursuant to the authority granted in 28 U.S.C. § 1406, **IT IS HEREBY ORDERED** that the Clerk of Court **TRANSFER** the above captioned case to the United States District Court for the Middle District of Louisiana, the district in which the alleged cause of action arose. See 28 U.S.C. § 1391. **IT IS FURTHER ORDERED** that a determination of Plaintiff's pauper status herein be and it is hereby deferred to the transferee court for resolution and disposition.

THUS DONE AND SIGNED at Shreveport, Louisiana, this 26th day of September, 2006.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE